IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | **8:21CV3093**<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

       This case is before the Court on the parties' Joint Stipulation for Dismissal. Filing 52. It is signed by both parties in the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

       IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 52, is granted, and this action is dismissed with prejudice with each party to bear its own costs and complete record waived.

       Dated this 9th day of March, 2023.

                                                          BY THE COURT:

                                                          _____<br>
                                                           Brian C. Buescher<br>
                                                            United States District Judge